**Roland K. SCHAEFER, Appellant,**

v.

**UNITED STATES DEPARTMENT OF EDUCATION; United States Department of Health and Human Services; United States Department of Justice; United States of America; John Does, 1–3, Appellees.**

No. 06–1464.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 5, 2007.

Filed: Jan. 10, 2007.

Roland K. Schaefer, St. Louis, MO, pro se.

Suzanne J. Moore, U.S. Attorney's Office, St. Louis, MO, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Roland E. Schaefer appeals the district court's [1] dismissal of his lawsuit as barred by sovereign immunity and an injunction issued in an earlier lawsuit. Having carefully reviewed the record and considered Schaefer's arguments, we find no basis for reversal. See *Lupiani v. Wal–Mart Stores, Inc.,* 435 F.3d 842, 845 (8th Cir. 2006) (de novo review of dismissal for lack of subject matter jurisdiction); *Atkinson v. Bohn,* 91 F.3d 1127, 1128–29 (8th Cir. 1996) (per curiam) (de novo review of dismissal for failure to state claim). Accordingly, we affirm, and we deny Schaefer's pending motions on appeal. See 8th Cir. R. 47B.

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.